

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | CASE NO. 13CR2335-DMS |
|---|---|
| Plaintiff, vs. | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| ALEXANDRYA MONIQUE JASMYN CAMACHO (1), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by the U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: 6/11/2014.

_____
HONORABLE DAVID H. BARTICK
United States Magistrate Judge

- 1 -

CR